# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REINALDO DELEON, | |
| Plaintiff, | NO. 3:17-CV-1133 |
| v. | (JUDGE CAPUTO) |
| J.P. MASCARO & SONS, | (MAGISTRATE JUDGE CARLSON) |
| Defendant. | |

## ORDER

**NOW**, this 27th day of July, 2018, upon review of the Report and Recommendation (Doc. 18) of Magistrate Judge Martin C. Carlson and the Stipulation of Dismissal (Doc. 17) submitted by the parties, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 18) is **ADOPTED**.

(2) The action is **DISMISSED with prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge